U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



## The following constitutes the order of the Court.

**Signed July 27, 2005**

**United States Bankruptcy Judge**

---

DAVID S KOHM
1414 W RANDOL MILL RD STE 118
ARLINGTON TX 76012

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:                                        CASE NO: 04-45661-RFN-13
                                              CHAPTER 13
MARK ANTHONY & WANDA JEAN DOWNS

       DEBTOR(S),                       JUDGE RUSSELL F NELMS

ORDER ON DEBTOR'S OBJECTION TO CLAIMS

At Fort Worth in said District:

    On this day came on for consideration the "Debtor's Objection to
Claims," dated May 09, 2005, and any responses filed thereto.  The Court being
advised that the following parties appeared at the Trustee's Pre-Hearing
Conference: Debtor(s), the Standing Chapter 13 Trustee, and _____
                                                    (claimants)
and that no other party appeared or timely filed any written response after
at least 30 days notice and opportunity to do so, as required by General Order
98 4 Section 8, and after considering the pleadings, evidence and stipulations,
if any, and any argument of counsel, the Court finds that the following order
should be entered:

<u>SECTION I</u>

    CREDITOR'S NAME                          CLASSIFICATION

    AARONS                                   UNSECURED

| CREDITOR'S NAME | CLASSIFICATION |
|---|---|
| ARROW FINANCIAL SERVICES | UNSECURED |
| ATTENTION LLC | UNSECURED |
| BLAKELY WITT & ASSOCIATES | UNSECURED |
| CHARTER COMMUNICATIONS | UNSECURED |
| CREDEX AUTO LEASING | UNSECURED |
| CREDIT SYSTEMS | UNSECURED |
| CREDITOR PROTECTIONS ASSOC | UNSECURED |
| DRIVE TIME | UNSECURED |
| FAMILY HEALTH ASSOC | UNSECURED |
| FIRST NATIONAL BANK GATESVILLE | UNSECURED |
| NCO | UNSECURED |
| NATIONAL CREDIT | UNSECURED |
| PALISADE COLLECTIONS | UNSECURED |
| PARK DANSAN | UNSECURED |
| PAYMENT ASSURANCE GROUP | UNSECURED |
| PORTFOLIO RECOVERY | UNSECURED |
| RMCB | UNSECURED |
| RIDDLE & WILLIAMS PC | UNSECURED |
| SHERMAN ACQUISITIONS | UNSECURED |
| TX COLLECTION INC | UNSECURED |
| TXU ELECTRIC | UNSECURED |
| TARRANT COUNTY JP2 | UNSECURED |
| TARRANT COUNTY JP 7 | UNSECURED |
| POINTE OF NORTH ARLINGTON | UNSECURED |
| VOUGHT HERITAGE | UNSECURED |

**IT IS THEREFORE ORDERED** that the above Section I claims, which were listed in Section I of such objection (No Proof of Claim Filed), are hereby **DISALLOWED**.

## SECTION II

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| | CLASS | | | | CLASS |
| CREDITOR'S NAME | AS FILED | CLAIM AMOUNT | ALLOW/DISALLOW | AMOUNT | (S,P,U) |
| NONE | | | | | |

**IT IS FURTHER ORDERED** that the above Section II claims, which were listed in Section II of such objection (Specific Objections), are hereby **ALLOWED** or **DISALLOWED** as shown.

# # # End of Order # # #