OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. LOOP 820, SUITE 300
NORTH RICHLAND HILLS, TEXAS  76180-6608
(817) 770-8500
FAX (817) 770-8508

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 04-45661-RFN |
| | § | |
| MARK ANTHONY DOWNS | § | CHAPTER 13 |
| WANDA JEAN DOWNS | § | |
| | § | |
| DEBTOR(S), | § | JUDGE RUSSELL F NELMS |

### NOTICE OF WITHDRAWAL OF
### TRUSTEE'S MOTION TO DISMISS

**NOTICE IS HEREBY GIVEN** that Tim Truman, Trustee hereby **WITHDRAWS** his " Motion to Dismiss" filed on or about Friday, July 27, 2007.

Dated: July 31, 2007

Respectfully submitted,

By: /s/ Tim Truman

Tim Truman
Standing Chapter 13 Trustee
State Bar No. 20258000