


U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed February 7, 2008                                                     United States Bankruptcy Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:

MARK ANTHONY DOWNS
WANDA JEAN DOWNS

Case Number: 04-45661-RFN

Chapter 13

JUDGE RUSSELL F NELMS

---

### ORDER DISMISSING CASE WITHOUT PREJUDICE
### (MTD)

---

On the Trustee's Motion to Dismiss Chapter 13 proceeding, it appears to the court that due notice has been given to Debtor(s) and Debtor's(s') counsel, if any, and that no objection has been made to the relief requested, or if made, same should overruled. It further appearing that dismissal of this case is in the best interest of the creditors of the estate:

**IT IS, THEREFORE, ORDERED,** that the above proceeding be, and hereby is in all things **DISMISSED** without prejudice;

**IT IS FURTHER ORDERED** that the Trustee disburse any funds on hand as provided by 11 U.S.C. 1326 (a) (2), and file the Trustee's Final Report; and

**IT IS FURTHER ORDERED** that all debts due and owing creditors as of this date are **NOT DISCHARGED** or affected in any manner by this Order.

DAVID S KOHM
1414 W RANDOL MILL RD STE 118
ARLINGTON, TX  76012