OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. LOOP 820, SUITE 300
NORTH RICHLAND HILLS, TEXAS 76180-6608
(817) 770-8500
FAX (817) 770-8508

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE: | CASE NUMBER: 04-45661-RFN |
| **MARK ANTHONY DOWNS** | CHAPTER 13 |
| **WANDA JEAN DOWNS** | |
| **409 VICTORY LN** | |
| **MANSFIELD, TX 76063** | JUDGE RUSSELL F NELMS |
| a/k/a CARMIENA | DATE: 04/24/2008 |
| DEBTORS | |

## TRUSTEE'S FINAL REPORT AND ACCOUNT
## AND NOTICE OF TIME TO OBJECT

Tim Truman, Standing Chapter 13 Trustee, submits the following Trustee's Final Report and Account of the administration of the estate pursuant to 11 U.S.C. 1302 (b) (1) and 704 (9) so that the Court may discharge the Trustee pursuant to 11 U.S.C. 350 and Bankruptcy Rule 5009:

| | | | **Total Paid (P&I)** |
|---|---|---|---|
| Debtor Discharged: | | Secured: | $9,665.73 |
| Case Filed: | 06/08/2004 | Priority: | $400.00 |
| Plan Confirmed: | 07/27/2005 | *Unsecured: | $0.00 |

(*Only includes General Unsecured claims which were (a) timely filed, (b) not withdrawn, (c) not disallowed by Court, (d) not paid by third party, (e) not paid as a special class, and (f) not a tax or tax penalty.)

MARK ANTHONY DOWNS & WANDA JEAN DOWNS, 04-45661-RFN

The case was (A) DISMISSED AFTER CONFIRMATION on 02/07/2008.

**TOTAL RECEIPTS by Trustee:** $12,455.00

**ADMINISTRATIVE EXPENSES PAID:**

| | |
|---|---:|
| Debtor Attorney Fee Paid By Trustee to DAVID S KOHM: | $1,694.00 |
| Trustee's Fee & Expenses Paid Pre-Confirmation: | $200.52 |
| Trustee's Fee & Expenses Paid Post-Confirmation: | $494.75 |
| Notice Fee Paid: | $0.00 |
| Clerk's Fee Paid: | $0.00 |
| TOTAL ADMINISTRATIVE EXPENSES PAID: | $2,389.27 |

**REFUNDS PAID TO DEBTORS:** $0.00

**PAID TO CREDITORS BY TRUSTEE:**

| Creditor Name / Account Number | Comment | Claim Amount or Treatment | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|
| **Secured** | | | | |
| COUNTRYWIDE HOME LOANS 000348552 | 1ST LIEN HOME | $7,767.04 | $3494.63 | $0.00 |
| COUNTRYWIDE HOME LOANS 000348552 | HOMESTEAD | Direct | $0.00 | $0.00 |
| COUNTRYWIDE HOME LOANS 000348552/AGRD ORD | POST-PETN HOME ARRS/MC | $3,109.26 | $295.42 | $0.00 |
| HOMEOWNERS ASSOC OF MANSFIE | HOMEOWNERS DUES | $235.60 | $106.01 | $0.00 |
| KAR STORE P2217 | 01 PONTIAC/LATE | $5,912.50 | $5020.12 | $749.55 |
| **Priority** | | | | |
| DAVID S KOHM | MOD 3/07 $400 | $400.00 | $400.00 | $0.00 |
| **Unsecured** | | | | |
| ARROW FINANCIAL SERVICES 734381/3311715 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| ATTENTION LLC | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| BLAKELY WITT & ASSOCIATES | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| CHARTER COMMUNICATIONS 01005046168571001000 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |

MARK ANTHONY DOWNS & WANDA JEAN DOWNS, 04-45661-RFN

| Creditor Name<br>Account Number | Comment | Claim Amount<br>or Treatment | Principal<br>Paid | Interest<br>Paid |
|---|---|---|---|---|
| **Unsecured** | | | | |
| CREDEX AUTO LEASING<br>11101333 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| CREDIT SYSTEMS<br>72516943 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| CREDITOR PROTECTIONS ASSOC | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| DRIVE TIME<br>104003481402 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| ECMC<br>6057 | | $26,768.80 | $0.00 | $0.00 |
| FAMILY HEALTH ASSOC<br>72516943 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| FIRST NATIONAL BANK GATESVI | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| KAR STORE<br>P2217 | | $6,031.99 | $0.00 | $0.00 |
| NATIONAL CREDIT | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| NCO | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| PALISADE COLLECTIONS<br>3954513394 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| PARK DANSAN | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| PAYMENT ASSURANCE GROUP<br>DA008184 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| POINTE OF NORTH ARLINGTON<br>F00024629 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| PORTFOLIO RECOVERY<br>45706001427569 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| RIDDLE & WILLIAMS PC | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| RMCB | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| SBC-SOUTHWEST BANKRUPTCY DE<br>6825180309825 | LATE FILED | $796.95 | $0.00 | $0.00 |
| SHERMAN ACQUISITIONS | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| TARRANT COUNTY JP 7<br>1700018332/170002844 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| TARRANT COUNTY JP2<br>F00024629 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |

MARK ANTHONY DOWNS & WANDA JEAN DOWNS, 04-45661-RFN

| Creditor Name<br>Account Number | Comment | Claim Amount<br>or Treatment | Principal<br>Paid | Interest<br>Paid |
|---|---|---|---|---|
| **Unsecured** | | | | |
| TX COLLECTION INC | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| TXU ELECTRIC | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| VOUGHT HERITAGE<br>1000000101724 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| **Other** | | | | |
| AARONS | ORDER DISALLOWED/DIR | Pymt Stop | $0.00 | $0.00 |
| **Notice Only** | | | | |
| ATTORNEY GENERAL OF TEXAS | | Not Filed | $0.00 | $0.00 |
| BARRETT BURKE WILSON ETAL | COUNTRYWIDE HOM LOAN | Not Filed | $0.00 | $0.00 |
| CURE FINANCIAL SERVICES INC<br>37902442014995793 | | Not Filed | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | | Not Filed | $0.00 | $0.00 |
| LINEBARGER HEARD GOGGAN ET | | Not Filed | $0.00 | $0.00 |
| LINEBARGER HEARD GOGGAN ET | TARRANT COUNTY | Not Filed | $0.00 | $0.00 |
| STEEN AND STEEN/MCLEAN AND | | Not Filed | $0.00 | $0.00 |
| TARRANT COUNTY TAX COLLECTO | | Not Filed | $0.00 | $0.00 |
| TEXAS ALCOHOLIC BEVERAGE CO | | Not Filed | $0.00 | $0.00 |
| TEXAS COMPTROLLER PUBLIC AC | | Not Filed | $0.00 | $0.00 |
| TEXAS WORKFORCE COMMISSION | | Not Filed | $0.00 | $0.00 |
| UNITED STATES ATTORNEY<br>9550 FOREST LN STE 4 | | Not Filed | $0.00 | $0.00 |
| UNITED STATES ATTORNEY | | Not Filed | $0.00 | $0.00 |

MARK ANTHONY DOWNS & WANDA JEAN DOWNS, 04-45661-RFN

Pursuant to Bankruptcy Rule 5009, I certify that the estate has been fully administered.

Wherefore, the Trustee requests a final decree be entered which discharges the Trustee and his surety from any and all liability on account of the above cases, closes the case, and grants such other relief as may be just and proper.

/s/ Tim Truman
Standing Chapter 13 Trustee